Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

## for the

_Middle_ District of _Florida_

_Tampa_ Division

| | |
|---|---|
| Carlena Tanequa Marion | )  Case No. 8:22 cv 1572 MSS - JSS |
| _____ | ) |
| Plaintiff(s) | )  _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | )  Jury Trial: _(check one)_ ☐ Yes ☑ No |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| | ) |
| Speedway Auto Sales 27 LLC  Westlake Service | ) |
| AKA | ) |
| Lakeland Car Mart   dba Westlake Financial | ) |
| Defendant(s) | ) |
| _(Write the full name of each defendant who is being sued.  If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Carlena Tanequa Marion |
| Street Address | 18001 Sailfish Dr Apt D |
| City and County | Lutz  Hillsborough |
| State and Zip Code | FL  33558 |
| Telephone Number | 813-562-1046 |
| E-mail Address | iamlena.13@gmail.com |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Defendant No. 1

    Name      _Lakeland Car Mart aka Speedway Auto Sales 27 LLc_

    Job or Title *(if known)*

    Street Address      _3225 US Highway 98 S_

    City and County      _Lakeland   Polk_

    State and Zip Code      _FL   33803_

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name      _Westlake Service dba Westlake Financial_

    Job or Title *(if known)*

    Street Address      _4751 Wilshire Blvd. Suite 100_

    City and County      _Los Angeles   Orange_

    State and Zip Code      _CA   90010_

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

      ☐ Federal question         ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Westlake Financial _____ , is incorporated under the laws of the State of *(name)* California _____ , and has its principal place of business in the State of *(name)*

California _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        $9,616.19

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I entered into a fraudulent contract on 02/19/2019 at Speedway Auto Sales 27 LLC. On two occasions dated 08/03/2021 and 10/01/2021 Westlake Financial repossed my vehicle which caused me dire stress and emotional harm. Westlake Financial used unfair, predatory means to collect alleged debt.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Removal of account from consumer ~~re~~ reports.
Return of $7,616.19 in payments made to positive credit balance. Release of Lien.
Return of $21,000.00 down payment from Lakeland Car Mart and release of Car Title.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    July 12, 2022

Signature of Plaintiff    _Carla_
Printed Name of Plaintiff    Carlena Tanequa Marion

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

## 10693558 | 2017 HYUNDAI ELANTRA SEDAN 4D SE I4

| | Transaction Type | Transaction Date | Amount | Balance |
|---|---|---|---|---|
| + | Payment - Agent | 05/31/2022 | $100.00 | $12,280.77 |
| + | Payment - MyAccount | 05/16/2022 | $140.00 | $12,280.77 |
| + | Payment - MyAccount | 05/03/2022 | $57.48 | $12,280.77 |
| + | Payment - Agent | 03/27/2022 | $157.48 | $12,280.77 |
| + | Payment - MyAccount | 03/21/2022 | $40.00 | $12,280.77 |
| + | Payment - MyAccount | 03/07/2022 | $50.00 | $12,280.77 |
| + | Payment - Agent | 02/14/2022 | $50.00 | $12,280.77 |
| + | Payment - Agent | 01/27/2022 | $167.48 | $12,280.77 |
| + | Payment - MyAccount | 01/18/2022 | $50.00 | $12,280.77 |
| + | Payment - MyAccount | 01/10/2022 | $40.00 | $12,280.77 |
| + | Payment - MyAccount | 01/05/2022 | $40.00 | $12,280.77 |
| + | Payment - MyAccount | 12/03/2021 | $163.10 | $12,280.77 |
| + | Payment - Agent | 11/15/2021 | $40.00 | $12,280.77 |
| + | Payment - MyAccount | 11/04/2021 | $49.38 | $12, |

| Transaction Type | Transaction Date | Amount | Balance |
|---|---|---|---|
| + Payment - MyAccount | 10/28/2021 | $45.00 | $12,280.77 |
| + Payment - Agent | 10/01/2021 | $14.87 | $12,280.77 |
| + Payment - Agent | 10/01/2021 | $465.00 | $12,280.77 |
| + Payment - Agent | 10/01/2021 | $297.48 | $12,280.77 |
| + Payment - Agent | 08/04/2021 | $101.76 | $12,280.77 |
| + Payment - Agent | 08/04/2021 | $342.48 | $12,280.77 |
| + Payment - Agent | 08/04/2021 | $297.48 | $12,280.77 |
| + Payment - Agent | 03/18/2021 | $197.48 | $12,280.77 |
| + Payment - Agent | 03/17/2021 | $100.00 | $12,280.77 |
| + Payment - Agent | 02/17/2021 | $80.00 | $12,280.77 |
| + Payment - MyAccount | 12/11/2020 | $197.48 | $12,280.77 |
| + Payment - Agent | 11/27/2020 | $100.00 | $12,280.77 |
| + Payment - MyAccount | 09/16/2020 | $297.48 | $12,280.77 |
| + Payment - MyAccount | 07/09/2020 | $300.00 | $12,280.77 |
| + Payment - MyAccount | 06/17/2020 | $481.92 | $12,443.32 |
| + Payment - Agent | 05/28/2020 | $250.00 | $12, |

| | Transaction Type | Transaction Date | Amount | Balance |
|---|---|---|---|---|
| + | Payment - MyAccount | 04/28/2020 | $160.00 | $12,775.22 |
| + | Payment - MyAccount | 04/14/2020 | $298.00 | $12,775.22 |
| + | Payment - MyAccount | 02/20/2020 | $100.00 | $12,775.22 |
| + | Payment - MyAccount ACH | 02/15/2020 | $92.48 | $12,775.22 |
| + | Payment - MyAccount ACH | 02/08/2020 | $105.00 | $12,775.22 |
| + | Payment - MyAccount | 12/26/2019 | $117.26 | $12,775.22 |
| + | Payment - MyAccount | 12/12/2019 | $180.22 | $12,775.22 |
| + | Payment - MyAccount | 11/23/2019 | $47.48 | $12,775.22 |
| + | Payment - Other | 11/13/2019 | $100.00 | $12,775.22 |
| + | Payment - Other | 11/07/2019 | $150.00 | $12,775.22 |
| + | Payment - Other | 09/13/2019 | $297.48 | $12,775.22 |
| + | Payment - Other | 08/05/2019 | $197.48 | $12,778.17 |
| + | Payment - Other | 08/02/2019 | $100.00 | $12,778.17 |
| + | Payment - Other | 06/11/2019 | $297.48 | $12,778.17 |
| + | Payment - Other | 05/25/2019 | $105.00 | $12 |

6,718.75

| | Transaction Type | Transaction Date | Amount | Balance |
|---|---|---|---|---|
| + | Payment - Other | 05/14/2019 | $197.48 | $12,955.45 |
| + | Payment - Other | 04/15/2019 | $157.48 | $12,955.45 |
| + | Payment - Other | 04/05/2019 | $140.00 | $12,955.45 |

7,616.19

Payment Options

Contact Us

Submit Insurance Claim

FAQs





(https://itunes.apple.com/us/app/westlake-myaccount-mobile/id829080115?mt=8)



**READY FOR YOUR NEXT CAR?**
**WESTLAKE CAN HELP!**
*Ask about our $300 incentive to use towards
a down payment on your next vehicle!*

877 285-6971

© 2022 Westlake Services, LLC (dba Westlake Financial) All rights reserved Terms of Use | Privacy Policy

| Post Dt | Txn Dt | Description | Amount Mode | Reason | Reference | Balance Amt |
|---------|--------|-------------|-------------|--------|-----------|-------------|
| 12/11/20 | 12/11/20 | INTEREST ACCRUAL | 84.74 | NONE INTERNAL | | 12,280.77 |
| 12/11/20 | 12/11/20 | PAYMENT (Y) - INTEREST BILLED | 197.48 ACI - WEB - CC 197.48 | CUSTOMER PAYMENT | 764666145 | 12,280.77 |
| 1/16/21 | 1/16/21 | LATE CHARGE | 14.87 | NONE INTERNAL | | 12,280.77 |
| 1/16/21 | 1/16/21 | BILL/DUE DATE | 297.48 | NONE INTERNAL | | 12,280.77 |
| 2/13/21 | 2/13/21 | BILL/DUE DATE | 297.48 | NONE INTERNAL | | 12,280.77 |
| 2/16/21 | 2/16/21 | LATE CHARGE | 14.87 | NONE INTERNAL | | 12,280.77 |
| 2/17/21 | 2/17/21 | INTEREST ACCRUAL | 411.60 | NONE INTERNAL | | 12,280.77 |
| 2/17/21 | 2/17/21 | PAYMENT (Y) - LATE CHARGE | 80.00 ACI - AGENT - CC 80.00 | CUSTOMER PAYMENT | 784251752 | 12,280.77 |
| 2/18/21 | 2/18/21 | EXTENSION | 0.00 NONE | NONE INTERNAL | UNDEFINED | 12,280.77 |
| 2/18/21 | 2/18/21 | EXTENSION FEE | 0.00 | NONE INTERNAL | | 12,280.77 |
| 3/17/21 | 3/17/21 | INTEREST ACCRUAL | 169.48 | NONE INTERNAL | | 12,280.77 |
| 3/17/21 | 3/17/21 | PAYMENT (Y) - INTEREST BILLED | 100.00 ACI - AGENT - CC 100.00 | CUSTOMER PAYMENT | 793582330 | 12,280.77 |
| 3/18/21 | 3/18/21 | EXTENSION | 0.00 NONE | NONE INTERNAL | UNDEFINED | 12,280.77 |
| 3/18/21 | 3/18/21 | EXTENSION FEE | 0.00 | NONE INTERNAL | | 12,280.77 |
| 3/18/21 | 3/18/21 | INTEREST ACCRUAL | 6.05 | NONE INTERNAL | | 12,280.77 |
| 3/18/21 | 3/18/21 | PAYMENT (Y) - INTEREST BILLED | 197.48 ACI - AGENT - CC 197.48 | CUSTOMER PAYMENT | 794032470 | 12,280.77 |
| 4/26/21 | 4/26/21 | EXTENSION | 0.00 NONE | NONE INTERNAL | UNDEFINED | 12,280.77 |
| 4/26/21 | 4/26/21 | EXTENSION FEE | 0.00 | NONE INTERNAL | | 12,280.77 |
| 8/4/21 | 8/2/21 | REPOSSESSION EXPENSES | 420.00 | NONE INTERNAL | 21923208 | 12,280.77 |

| Post Dt | Txn Dt | Description | Amount Mode | Reason | Reference | Balance Amt |
|---------|--------|-------------|-------------|--------|-----------|-------------|
| 8/3/21 | 8/3/21 | EXTENSION | 0.00 NONE | NONE INTERNAL | UNDEFINED | 12,280.77 |
| 8/3/21 | 8/3/21 | EXTENSION FEE | 0.00 | NONE INTERNAL | | 12,280.77 |
| 8/4/21 | 8/4/21 | INTEREST ACCRUAL | 841.35 | NONE INTERNAL | | 12,280.77 |
| 8/4/21 | 8/4/21 | PAYMENT (Y) - *INTEREST BILLED* | 297.48 ACI - AGENT - CC *297.48* | CUSTOMER PAYMENT | 836091444 | 12,280.77 |
| 8/4/21 | 8/4/21 | INTEREST ACCRUAL | 0.00 | NONE INTERNAL | | 12,280.77 |
| 8/4/21 | 8/4/21 | PAYMENT (Y) - *REPOSSESSION EXPENSES* | 342.48 ACI - AGENT - CC *342.48* | CUSTOMER PAYMENT | 836091444 | 12,280.77 |
| 8/4/21 | 8/4/21 | INTEREST ACCRUAL | 0.00 | NONE INTERNAL | | 12,280.77 |
| 8/4/21 | 8/4/21 | PAYMENT (Y) - *LATE CHARGE* | 101.76 ACI - AGENT - CC *101.76* | CUSTOMER PAYMENT | 836091444 | 12,280.77 |
| 9/3/21 | 9/3/21 | REPOSSESSION EXPENSES | 75.00 | NONE INTERNAL | 21956796 | 12,280.77 |
| 9/3/21 | 9/3/21 | REPOSSESSION EXPENSES | 75.00 | NONE INTERNAL | 21956797 | 12,280.77 |
| 9/15/21 | 9/15/21 | BILL/DUE DATE | 297.48 | NONE INTERNAL | | 12,280.77 |
| 9/16/21 | 9/16/21 | LATE CHARGE | 14.87 | NONE INTERNAL | | 12,280.77 |
| 10/4/21 | 9/30/21 | REPOSSESSION EXPENSES | 380.00 | NONE INTERNAL | 21991891 | 12,280.77 |
| 10/6/21 | 9/30/21 | REPOSSESSION EXPENSES | 60.00 | NONE INTERNAL | 21994651 | 12,280.77 |
| 10/6/21 | 9/30/21 | REPOSSESSION EXPENSES | 25.00 | NONE INTERNAL | 21994652 | 12,280.77 |
| 10/1/21 | 10/1/21 | INTEREST ACCRUAL | 351.07 | NONE INTERNAL | | 12,280.77 |
| 10/1/21 | 10/1/21 | PAYMENT (Y) - *INTEREST BILLED* | 297.48 PAYNEARME - AGENT - CC *297.48* | CUSTOMER PAYMENT | 084297671783 | 12,280.77 |

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | | Reference | Balance Amt |
|---------|--------|-------------|--------|------|--------|--|-----------|-------------|
| 10/1/21 | 10/1/21 | INTEREST ACCRUAL | 0.00 | | NONE | INTERNAL | | 12,280.77 |
| 10/1/21 | 10/1/21 | PAYMENT (Y) | 465.00 | PAYNEARME - AGENT - CC | CUSTOMER PAYMENT | | 084297671783 | 12,280.77 |
| | | *- REPOSSESSION EXPENSES* | *465.00* | | | | | |
| 10/1/21 | 10/1/21 | INTEREST ACCRUAL | 0.00 | | NONE | INTERNAL | | 12,280.77 |
| 10/1/21 | 10/1/21 | PAYMENT (Y) | 14.87 | PAYNEARME - AGENT - CC | CUSTOMER PAYMENT | | 084297671783 | 12,280.77 |
| | | *- LATE CHARGE* | *14.87* | | | | | |
| 10/1/21 | 10/1/21 | EXTENSION | 0.00 | NONE | NONE | INTERNAL | UNDEFINED | 12,280.77 |
| 10/1/21 | 10/1/21 | EXTENSION FEE | 0.00 | | NONE | INTERNAL | | 12,280.77 |
| 10/28/21 | 10/28/21 | INTEREST ACCRUAL | 163.43 | | NONE | INTERNAL | | 12,280.77 |
| 10/28/21 | 10/28/21 | PAYMENT (Y) | 45.00 | ACI - WEB - CC | CUSTOMER PAYMENT | | 868659931 | 12,280.77 |
| | | *- INTEREST BILLED* | *45.00* | | | | | |
| 11/4/21 | 11/4/21 | INTEREST ACCRUAL | 42.37 | | NONE | INTERNAL | | 12,280.77 |
| 11/4/21 | 11/4/21 | PAYMENT (Y) | 49.38 | ACI - WEB - CC | CUSTOMER PAYMENT | | 871302980 | 12,280.77 |
| | | *- INTEREST BILLED* | *49.38* | | | | | |
| 11/15/21 | 11/15/21 | EXTENSION | 0.00 | NONE | NONE | INTERNAL | UNDEFINED | 12,280.77 |
| 11/15/21 | 11/15/21 | EXTENSION FEE | 0.00 | | NONE | INTERNAL | | 12,280.77 |
| 11/15/21 | 11/15/21 | INTEREST ACCRUAL | 66.58 | | NONE | INTERNAL | | 12,280.77 |
| 11/15/21 | 11/15/21 | PAYMENT (Y) | 40.00 | ACI - AGENT - CC | CUSTOMER PAYMENT | | 874717452 | 12,280.77 |
| | | *- INTEREST BILLED* | *40.00* | | | | | |
| 12/3/21 | 12/3/21 | INTEREST ACCRUAL | 108.95 | | NONE | INTERNAL | | 12,280.77 |

*15 USC. 1692e*
*Violation (misleading)*

*Exhibit A*

FL-103-ARB 10/10/2015

## Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| Speedway Auto Sales 27 LLC<br>3225 US Highway 98 S<br>Lakeland, FL 33803 | CARLENA MARION<br>416 N 5TH ST<br>LAKE WALES, FL 33853 | No. | App# 49118680 - V# 1 |
| | | Date | 2/19/2019 |

*Defined*
*15 USC 1605 (a)*

Buyers' Month of Birth July

*'violation*
*= USC 1692e*

☐ Business, commercial or agricultural purpose Contract.

Documentary Stamp Tax. Florida documentary stamp tax required by law in the amount of $ ____45.50____ has been paid or will be paid directly to the Florida Department of Revenue. Certificate of Registration No. _____ .

### Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| 17.99 % | $ 8463.11 | $ 12955.45 | $ 21418.56 | $ 2000.00<br>23418.56 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| | $ | |
| 72 | $ 297.48 | Monthly, Beginning 04/05/19 |
| | $ | |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of 5% of the unpaid amount of the payment due.

**Prepayment.** If you pay off this Contract early, you may have to pay a penalty.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

### Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2017 | Hyundai | Elantra | Sedan | KMHD74LF4HU090371 | 26844 |

☐ New
☒ Used
☐ Demo

Other: _____

### Description of Trade-In

### Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding securing financing ("*Agreement*") applies:

_____ . The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of this Contract and the Contract, the terms of this Contract will apply.

### Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ 12955.45 _____ plus finance charges accruing on the unpaid balance at the rate of ____17.99____ % per year from the date of this Contract until paid in full. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-in-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the *Itemization of Amount Financed*.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

Retail Installment Contract-FL Not for use in transactions secured by a dwelling.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015

WLK-MVLFAZFL 11/8/2016
Page 1 of 6

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created in...

☐ **Loan Processing Fee.** You agree to pay a loan processing fee of

$ ___N/A___ that will be ☐ paid in cash.

☐ financed over the term of the Contract.

☐ **Pre-delivery Service Fee.** You agree to pay a pre-delivery service fee of

$ ___N/A___ that will be ☐ paid in cash.

☐ financed over the term of the Contract. This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of

$ ___N/A___ if you pay this Contract in full before we have earned that much in finance charges.

## Itemization of Amount Financed

| | | |
|---|---|---|
| a. | Price of Vehicle, etc. (incl. sales tax of $ 810.95 ) | $ 14510.95 |
| b. | Pre-delivery service fee | $ N/A |
| c. | **Cash Price** (a+b) | $ 14510.95 |
| d. | Trade-in allowance | $ N/A |
| e. | Less: Amount owing, paid to (includes m) | |
| | | $ N/A |
| f. | Net trade-in (d-e; if negative, enter $0 here and enter the amount on line m) | $ N/A |
| g. | Cash payment | $ 2000.00 |
| h. | Manufacturer's rebate | $ N/A |
| i. | Deferred down payment | $ N/A |
| j. | Other down payment (describe) | |
| | _____ | $ N/A |
| k. | **Down Payment** (f+g+h+i+j) | $ 2000.00 |
| l. | **Unpaid balance of Cash Price** (c-k) | $ 12510.95 |
| m. | Financed trade-in balance (see line f) | $ N/A |
| n. | Paid to public officials, including filing fees | $ N/A |
| o. | Insurance premiums paid to insurance companies(ies) (See *Insurance Disclosures* section for coverage and benefits types.) | $ N/A |
| p. | Service Contract, paid to: _____ | $ N/A |
| q. | To: Documentary Stamp Tax | $ 45.50 |
| r. | To: _____ | $ N/A |
| s. | To: Knight Management Insurance Services for GAP | $ 399.00 |
| t. | To: _____ | $ N/A |
| u. | To: _____ | $ N/A |
| v. | To: _____ | $ N/A |
| w. | To: _____ | $ N/A |
| x. | To: _____ | $ N/A |
| y. | To: _____ | $ N/A |
| z. | To: _____ | $ N/A |
| aa. | **Total Other Charges/Amts Paid** (m thru z) | $ 444.50 |
| bb. | **Prepaid Finance Charge** | $ N/A |
| cc. | **Amount Financed** (l+aa-bb) | $ 12955.45 |

We may retain or receive a portion of any amounts paid to others.

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

**Credit Life**

☐ Single   ☐ Joint   ☒ None

Premium $ ___N/A___ Term _____

Insured _____

**Credit Disability**

☐ Single   ☐ Joint   ☒ None

Premium $ ___N/A___ Term _____

Insured _____

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

N/A

By: _____ DOB _____

N/A

By: _____ DOB _____

N/A

By: _____ DOB _____

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ ___N/A___ . If you get insurance from or through us you will pay $ ___N/A___ for ___0 months___ of coverage.

This premium is calculated as follows:

☐ $ ___N/A___ Deductible, Collision Cov. $ ___N/A___
☐ $ ___N/A___ Deductible, Comprehensive $ ___N/A___
☐ Fire-Theft and Combined Additional Cov. $ ___N/A___
$ ___N/A___

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED UNLESS CHECKED AND INDICATED.**

*[This area intentionally left blank.]*

Retail Installment Contract-FL Not for use in transactions secured by a dwelling.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015

WLK-MVLFAZFL 11/9/2016
_____
Page 2 of 6

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Feb 19, 2019 02:06:39 PM.

☐ **Single-Interest Insurance.** You must purchase single-interest insurance. The coverage may be obtained from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for of coverage. This insurance is solely for the interest of the Seller, its successors and assigns, and no protection exists for your benefit. You authorize us to purchase Single-Interest Insurance.

eSigned By:

*CARLENA MARION*
Feb 19, 2019 2:03:12 PM PST

By: CARLENA MARION                    2/19/2019
                                      Date

By: _____        _____
                                      Date

By: _____        _____
                                      Date

### Additional Protections

**You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.**

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☐ **Service Contract**
Term
Price        $ N/A
Coverage

☒ **Gap Waiver or Gap Coverage**
Term         72 months
Price        $ 399.00
Coverage

☐
Term
Price        $ _____
Coverage

eSigned By:

*CARLENA MARION*
Feb 19, 2019 2:03:12 PM PST

By: CARLENA MARION                    2/19/2019
                                      Date

By: _____        _____
                                      Date

By: _____        _____
                                      Date

### Additional Terms of the Sales Agreement

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**Deferment.** We may agree to defer the scheduled due date of all or any part of any installment payment, and will collect a $15.00 fee for such deferment. You must maintain the insurance on the Property required by this Contract during any deferment period. You may extend any optional insurance you bought with this Contract if the insurance company or your insurance contract allows the extension and if you pay the extension charge. In addition to the $15.00 deferment fee and the costs of extending required or optional insurance, you will also be required to pay additional finance charges as a result of exercising the deferment option.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance, and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. We may impose an acquisition charge of $75.00 for services performed in processing this Contract if it is paid in full within 6 months after the Contract's effective date. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Returned Payment Charge.** If you make any payment required by this Contract that is returned or dishonored, you agree to pay a service charge that is the greater of 5% of the face amount of the instrument, (including orders of payment, debit card orders, or electronic funds transfers) or: $25.00, if the face value of the instrument does not exceed $50.00; $30.00 if the face value exceeds $50.00 but does not exceed $300.00; $40.00 if the face value exceeds $300.00.

**Governing Law and Interpretation.** This Contract is governed by the law of Florida and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

◆ You fail to perform any obligation that you have undertaken in this Contract.

◆ We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Feb 19, 2019 02:06:39 PM.

If you default, you agree to pay our court costs and fees for repossession, repair, storage and sale of the Property securing this Contract. You also agree to pay reasonable attorneys' fees after default and referral to an attorney not a salaried employee of ours.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract. Those remedies include:

◆ We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.

◆ We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the post-maturity rate described in the *Payment* section until paid in full.

◆ We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.

◆ We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.

◆ We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.

◆ Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

◆ You must pay this Contract even if someone else has also signed it.

◆ We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.

◆ We may release any security and you will still be obligated to pay this Contract.

◆ If we give up any of our rights, it will not affect your duty to pay this Contract.

◆ If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

### Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

◆ You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.

◆ You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.

◆ You agree not to remove the Property from the U.S. without our prior written consent.

◆ You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.

◆ You will pay all taxes and assessments on the Property as they become due.

◆ You will notify us with reasonable promptness of any loss or damage to the Property.

◆ You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance from any insurance provider that is reasonably acceptable to us. Your choice of an insurance provider will not affect the credit decision. We may impose reasonable requirements concerning the extent of coverage and the financial soundness of the insurance provider. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

### Arbitration Provision

**PLEASE READ CAREFULLY! By agreeing to this Arbitration Provision you are giving up your right to go to court for claims and disputes arising from this Contract:**

◆ **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION, AND NOT BY A COURT OR BY JURY TRIAL.**

◆ **YOU GIVE UP ANY RIGHT THAT YOU MAY HAVE TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER IN ANY CLASS ACTION OR CLASS ARBITRATION AGAINST US IF A DISPUTE IS ARBITRATED.**

◆ **IN ARBITRATION, DISCOVERY AND RIGHTS TO APPEAL ARE GENERALLY MORE LIMITED THAN IN A JUDICIAL PROCEEDING, AND OTHER RIGHTS THAT YOU WOULD HAVE IN COURT MAY NOT BE AVAILABLE.**

You or we (including any assignee) may elect to resolve any Claim by neutral, binding arbitration and not by a court action. *"Claim"* means any claim, dispute or controversy between you and us or our employees, agents, successors, assigns or affiliates arising from or relating to: 1. the credit application; 2. the purchase of the Property; 3. the condition of the Property; 4. this Contract; 5. any insurance, maintenance, service or other contracts you purchased in connection with this Contract; or 6. any related transaction, occurrence or relationship. This includes any Claim based on common or constitutional law, contract, tort, statute, regulation or other ground. To the extent allowed by law, the validity, scope and interpretation of this Arbitration Provision are to be decided by neutral, binding arbitration.

If either party elects to resolve a Claim through arbitration, you and we agree that no trial by jury or other judicial proceeding will take place. Instead, the Claim will be arbitrated on an individual basis and not on a class or representative basis.

The party electing arbitration may choose either of the following arbitration organizations and its applicable rules, provided it is willing and able to handle the arbitration: American Arbitration Association, 1633 Broadway, Floor 10, New York, NY 10019 (www.adr.org) or JAMS, 1920 Main Street, Suite 300 Irvine, CA 92614 (www.jamsadr.com), or it may choose any other reputable arbitration organization and its rules to conduct the arbitration, subject to the other party's approval. The parties can get a copy of the organization's rules by contacting it or visiting its website. If the chosen arbitration organization's rules conflict with this Arbitration Provision, the terms of this Arbitration Provision will govern the Claim. However, to address a conflict with the selected arbitration organization's rules, the parties may agree to change the terms of this Arbitration Provision by written amendment signed by the parties. If the parties are not able to find or agree upon an arbitration organization that is willing and able to handle the arbitration, then the arbitrator will be selected pursuant to 9 U.S. Code Sections 5 and 6.

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Feb 19, 2019 02:06:39 PM.

The arbitration hearing will be conducted in the federal district where you reside unless you and we otherwise agree. Or, if you and we agree, the arbitration hearing can be by telephone or other electronic communication. The arbitration filing fee, arbitrator's compensation and other arbitration costs will be paid in the amounts and by the parties according to the rules of the chosen arbitration organization. Some arbitration organizations' rules require us to pay most or all of these amounts. If the rules of the arbitration organization do not specify how fees must be allocated, we will pay the filing fee, arbitrator's compensation, and other arbitration costs up to $5,000, unless the law requires us to pay more. Each party is responsible for the fees of its own attorneys, witnesses, and any related costs, if any, that it incurs to prepare and present its Claim or response. In limited circumstances, the arbitrator may have the authority to award payment of certain arbitration costs or fees to a party, but only if the law and arbitration organization rules allow it.

An arbitrator must be a lawyer with at least ten (10) years of experience and familiar with consumer credit law or a retired state or federal court judge. The arbitration will be by a single arbitrator. In making an award, an arbitrator shall follow governing substantive law and any applicable statute of limitations. The arbitrator will decide any dispute regarding the arbitrability of a Claim. An arbitrator has the authority to order specific performance, compensatory damages, punitive damages, and any other relief allowed by applicable law. An arbitrator's authority to make awards is limited to awards to you or us alone. Claims brought by you against us, or by us against you, may not be joined or consolidated in arbitration with claims brought by or against someone other than you, unless agreed to in writing by all parties. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration.

Any arbitration award shall be in writing, shall include a written reasoned opinion, and will be final and binding subject only to any right to appeal under the Federal Arbitration Act ("FAA"), 9 U.S. Code Sections 1, et seq. Any court having jurisdiction can enforce a final arbitration award. You and we agree that this Arbitration Provision is governed by the FAA to the exclusion of any different or inconsistent state or local law.

You or we can do the following without giving up the right to require arbitration: seek remedies in small claims court for Claims within the small claims court's jurisdiction or seek judicial provisional remedies. If a party does not exercise the right to elect arbitration in connection with any particular Claim, that party still can require arbitration in connection with any other Claim.

This Arbitration Provision survives any (i) termination, payoff, assignment or transfer of this Contract, (ii) any legal proceeding by you or us to collect a debt owed by the other, and (iii) any bankruptcy proceeding in which you or we are the debtor. With but one exception, if any part of this Arbitration Provision is deemed or found to be unenforceable for any reason, the remainder of this Arbitration Provision will remain in full force and effect. The one exception is that if a finding of partial unenforceability would allow arbitration to proceed on a class-wide basis, then this Arbitration Provision will be unenforceable in its entirety.

**PROCESS TO REJECT THIS ARBITRATION PROVISION.** You may reconsider and reject your approval of this Arbitration Provision by sending a written notice to the Assignee (identified in the Assignment section) or if there is no Assignee, then to Seller ("The notice must be postmarked within 30 days of the date you signed this Contract. It simply needs to state your decision to reject the Arbitration Provision in this Contract and include your signature. It must also provide your name, Seller's name and the date of this Contract. Rejecting this Arbitration Provision will NOT affect the terms under which we will finance and sell the Property to you or any other terms of this Contract, except that the Arbitration Provision will not apply.

**CAUTION: It is important that you read this Arbitration Provision thoroughly before you sign this Contract. By signing this Contract, you acknowledge that you read, understand and agree to this Arbitration Provision. If you do not understand this Arbitration Provision, do not sign this Contract; instead ask your lawyer. If you approve this Arbitration Provision, you have an additional 30 days after signing to reconsider and reject your approval, as described above. If you use that process to reject this Arbitration Provision, it will not be a part of this Contract, but the rest of this Contract will still be binding and effective.**

## Notices

Note. If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. **NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Sí compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.**

## Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, "you" means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

N/A                                                      2/19/2019

By: _____     Date

Signature of Third Party Owner (NOT the Buyer)

*[This area intentionally left blank.]*

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Feb 19, 2019 02:06:39 PM.

Copy of the Electronic Original© document managed by the eCore® On Demand (EOD™) Service.

## Arbitration Provision and Process to Remove

This Contract contains an Arbitration Provision that affects your rights. By signing this Contract, you agree that either of us may request and require the other to resolve disputes or claims through arbitration instead of a lawsuit. The Arbitration Provision includes a process you can follow in the next 30 days if you reconsider and want to reject the Arbitration Provision.

## Acknowledgment for Electronic Signatures

☒  **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

eSigned By:
*CARLENA MARION*   2/19/2019
Feb 19, 2019 2:03:12 PM PST

By: CARLENA MARION        Date

By: _____   Date

By: _____   Date

**Notice to Buyer.** a. Do not sign this Contract before you read it or if it contains any blank spaces. b. You are entitled to an exact copy of the Contract you sign. Keep it to protect your legal rights.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

**Buyer**

eSigned By:
*CARLENA MARION*   2/19/2019
Feb 19, 2019 2:03:12 PM PST

By:  CARLENA MARION        Date

By: _____   Date

By: _____   Date

Seller  Speedway Auto Sales 27 LLC

eSigned By:
*David, Fabars*   2/19/2019
Feb 19, 2019 1:58:51 PM PST

By: _____   Date

**Assignment.** This Contract and Security Agreement is assigned to
Westlake Financial Services
4751 Wilshire Blvd. Suite 100 Los Angeles CA 90010     ,
the Assignee, phone (800) 641-6700      . This assignment is made under the terms of a separate agreement made between the Seller and Assignee.

☐   This Assignment is made with recourse.

Seller  Speedway Auto Sales 27 LLC

eSigned By:
*David, Fabars*   2/19/2019
Feb 19, 2019 1:58:51 PM PST

By: _____   Date

*[This area intentionally left blank.]*

The original document is owned by Westlake Services, LLC d.b.a. Westlake Financial Services and is held by it, as Custodian, on behalf of Wells Fargo Bank, National Association, as Agent and Secured Party. This copy was created on Feb 19, 2019 02:06:39 PM.

**Location Services**
**3923 Ranchero Drive**
**Ann Arbor, MI 48108**

# NOTICE OF SEIZURE AND
# PERSONAL PROPERTY INVENTORY

CARLENA MARION                          8/4/2021 5:37:26 AM
700 S 11TH ST APT 15                    **File #:**  2V55SQ

LAKE WALES FL 33853

| | |
|---|---|
| **Lien Holder:** | Westlake Financial Services |
| **Acct #:** | 2095059340 |
| **VIN:** | KMHD74LF4HU090371 |
| **Collateral:** | 2017 Hyundai Elantra |

The following items were recovered from the above vehicle on  8/3/2021 7:22:28 AM

tag pprwrk misc items

I hereby certify, under penalty of perjury that the above items were the only personal affects or personal property recovered from this vehicle. I understand that falsification of an inventory is grounds for suspension or revocation of a license. Personal property can be picked up by APPOINTMENT ONLY by calling 1-888-725-1990. A REDEMPTION FEE of $0_____ has been assessed in addition to a STORAGE CHARGE per day of $0_____ on all personal property. All personal property will be disposed of AFTER 45__ DAYS in storage if left unclaimed. Personal license plates left unclaimed after 0 days will be destroyed. In some state jurisdictions, repossession agencies are required to provide you, not later than 48 hours after the recovery of collateral, with an inventory of personal affects or personal property recovered during repossession unless the 48-hour period encompasses a Saturday or Sunday, or a posted holiday, then the inventory shall be provided no later than 96 hours after the recovery of the collateral. Damage to a vehicle during or subsequent to a repossession and only while the vehicle is in possession of the repossession agency is the liability of the repossession agency. A mechanical or tire failure shall not be the responsibility of the repossession agency unless the failure is due to the negligence of the repossession agency. THIS VEHICLE WAS REPOSSESSED AT THE REQUEST OF THE LEGAL OWNER BY LOCATION SERVICES on 8/3/2021__ . Please contact the legal owner if you have any questions regarding why your vehicle was repossessed and to the process of redeeming your vehicle.

Signature of Person Taking Inventory:                Date of Inventory:

_____                                       8 - 3 - 21



**Westlake Financial Services®**

4751 Wilshire Blvd. Suite 100
Los Angeles, CA  90010
1-888-739-9192



0002428-0004717 S0105 001 ------ 326242

**CARLENA MARION**
**700 S 11TH ST APT 15**
**LAKE WALES, FL 33853**

## NOTICE OF OUR PLAN TO SELL PROPERTY

Date of Notice: **08/06/2021**                                         Account: **10693558**

| Name and address of holder of contract and legal owner of Vehicle (secured party):<br><br>Telephone number to call for information:  1-888-739-9192 | Westlake Financial Services<br>4751 Wilshire Blvd. Suite 100<br>Los Angeles, CA  90010 |
|---|---|

| Description of Motor Vehicle ("Vehicle") | | | |
|---|---|---|---|
| Year<br>**2017** | Make<br>**HYUNDAI** | Model<br>**ELANTRA** | VIN<br>**KMHD74LF4HU090371** |

| Name and address of each person (debtor) liable on the Contract:<br>**CARLENA MARION**<br>**700 S 11TH ST APT 15,**<br>**LAKE WALES, FL 33853** |
|---|

### Subject: Motor Vehicle Conditional Contract of Sale or Security Agreement

We have your Vehicle because you broke promises in our agreement. We intend to file for a repossessed title and dispose of the vehicle as explained in this Notice, subject to your right to redeem (get back) the Vehicle as described in this Notice.

| ☒   Private Sale |
|---|
| We will sell the vehicle at private sale sometime after 8:00 AM on **08/19/2021** .  A sale could include a lease or license. |

The fair market value of your vehicle will be used to reduce the amount you owe, which is your outstanding balance plus the reasonable costs of repossessing and storing the vehicle.  If the fair market value of your vehicle is less than you owe, you (will or will not, as applicable) still owe us the difference.  If the fair market value of your vehicle is more than you owe, you will get the extra money, unless we must pay it to someone else

You can redeem the Vehicle (get it back) at any time before we sell it by paying us the total outstanding balance (not just the past due payments) including our expenses.  To learn the exact amount you must pay to redeem the Vehicle, call us at the telephone number shown at the top of this Notice.  If you want us to explain to you in writing how we have figured the amount that you owe us, you may call us at the telephone number shown at the top of this Notice, or you may write to us at the address shown at the top of this Notice and request a written explanation.

If you need more information about the sale of the Vehicle, call us at the telephone number shown at the top of this Notice or write to us at the address shown at the top of this Notice.

We are sending this Notice to each of the people who owe money under your agreement, as shown at the top of this Notice, or people who have an interest in the vehicle and who are not shown at the top of this Notice.

**IMPORTANT NOTICE IF YOU HAVE FILED BANKRUPTCY:  If you have filed bankruptcy, this Notice is NOT an attempt to collect a pre-petition and/or discharged debt from you, but is being made for the sole purpose of complying with Article 9 of the Uniform Commercial Code.  Because you have**



Mon – Fri: 5 am to 8 pm • Sat and Sun: 5 am to 2 pm (all times pacific) • Phone: (888) 739-9192

03/16/2022

Carlena Marion
2653 Bruce B Downs Blvd 108-130
Wesley Chapel, FL 33544

RE: RESCISSION OF CONTRACT ESTABLISHED (02/19/2019)

It is on this date, 03/16/2022, that I, Marion: Carlena-Tanequa who is a
natural living being exercise my right to rescission. Upon reviewing my
contract, obligations, and rights as a natural person operating in commerce, I
noticed that there are several violations present which nullifies the contract
pursuant 15 USC 1601 named Truth in Lending.

Per the congressional findings of TILA, "It is the purpose of this subchapter to
assure a meaningful disclosure of credit terms so that the consumer will be
able to compare more readily the various credit terms available to him and
avoid the uninformed use of credit" During the consummation of this
contract, Lakeland Car Mart aka Speedway Auto Sales 27 LLC DID NOT
DISCLOSE MY RIGHT TO RESCIND.

It is appropriate for me to assume that David Fabars at Lakeland Car Mart aka
Speedway Auto Sales 27 LLC intentionally withheld pertinent information to
complete the sale. Thus, being the case, pursuant 15 USC 1635 I have the
right to rescind my obligation and renege my initial consent to pursue the
previous terms. It is clear you are not trustworthy and have predatorily
conducted business in commerce.

Effective, 03/16/2022 I am no longer responsible for any security interest,
finance charge, or fees associated with this contract. I conclude this letter with
a demand for you to return my initial down payment since you failed to
mention that my finance charge was all I needed to complete the deal and
that the CASH PAYMENT was only of benefit to you.

Remit all payments to:

CARLENA TANEQUA MARION
2653 Bruce B Downs Blvd 108-130
Wesley Chapel, FL 33544

Kindly

Marion: Carlena-Tanequa
Without prejudice, all natural inalienable rights reserved.

July 9, 2022

Carlena Marion

Speedway Auto Sales 27 LLC / Lakeland Car Mart
3225 US Highway 98 S
Lakeland, FL 33803
   Regarding Vehicle : 2017 Hyundai Elantra SE, KMHDT4LF4HU0903
          71
        Affidavit of Truth

Notice to all, I Carlena Marion, a federally protected consumer in fact and original creditor. I hearby affirm the following facts,

1. Fact, Truth in Lending Act says its purpose is to assure a meaningful disclosure of credit terms to avoid the uniformed use of credit, and to protect the consumer against inaccurate and unfair credit billing and credit card practices.

2. Fact, Lakeland Car Mart did not disclose full credit terms and my right to rescind. Violation, Pursuant to 15 US Code 1635

3. Fact, Lakeland Car Mart turned my credit application into a Retail Installment Contract. Violation, Pursant 15 U.S. Code 1692(j)

4. Fact, The finance charge is the sum of ALL charges, and a cash down payment of $2,000.00 should not have been taken. Violation, Pursuant 15 U.S. Code 1605.

5. Fact, Lakeland Car Mart received my notice of Rescission of Contract on 03/18/2022; Certified Mail (7021 2720 0002 2187 5718); along with Revocation Of Power of Attorney; in which I received no response.

6. Fact, I, the consumer am invoking my remedy, to have all monies returned to me, to claim my vehicle Title, and for Arbitration to commence if necessary.

I declare all facts to be true, so be it.
   Carlena Marion

TO: Speedway Auto Sales 27 LLC / Lakeland Car Mart
3225 US Highway 98 S
Lakeland, FL 33803

STATE OF - Florida
COUNTY OF - Hillsborough
Dated this 9th day of July 2022.

JESSICA MCCALLISTER
Notary Public - State of Florida
Commission # HH 255837
My Comm. Expires Apr 20, 2026

Carlena Marion
2653 Bruce B. Downs BLVD #108 -130
Wesley Chapel, FL 33544

WESTLAKE FINANCIAL SERVICES
P.O. BOX 76809
Los Angeles, CA 90054-0809

ACCOUNT:10693558

## NOTICE OF DEFAULT IN COMMERCIAL DISHONOR AND OPPORTUNITY TO CURE

### WESTLAKE FINACIAL SERVICES BROKE THE LAW AND VIOLATED MY CONSUMER RIGHTS!

I, Carlena Marion, am the consumer, natural person; and original creditor.
My consumer transaction took place on February 19, 2019 at Speedway Auto Sales 27 LLC located at 3225 US Hwy 98 S Lakeland, FL 33803.

Westlake Financial Services accepted my credit application and required a down payment of $2,000.00; which was provided, (Exhibit A) but Pursuant to 15 U.S.C 1605 was unlawful. The down payment was to be in included in the finance charge. I, the consumer, extending my credit card or SSN and provided my signature which completed the credit transaction. Pursuant to 18 U.S.C 8 I was never to be billed for payment.
Pursuant to 49 U.S. Code 14301 the security interest secured all amounts owed.

### WESTLAKE FINACIAL SERVICES BROKE THE LAW AND VIOLATED MY CONSUMER RIGHTS!

On 08/06/2021 & 10/01/2021 my vehicle was unlawfully repossessed. Pursuant to 18 U.S. Code 894a(1)(2) & 15 U.S.C 1692f(6) WESTLAKE FINACIAL BROKE THE LAW AND WILL BE HELD ACCOUNTABLE!
Pursuant to 15 U.S.C 1692e(4) WESTLAKE FINANCIAL SERCVICES BROKE THE LAW! Exhibit B, C, and D.

I, Carlena Marion the consumer has been violated by WESTLAKE FINANCIAL SERVIES, Pursuant to Fair Debt Collection Practices Act. Each liability will be totaled in invoice. As a result, I the consumer DEMAND WESTLAKE FINACIAL SERVICES to Zero out the balance on this account; satisfy my invoice and send my Title to my address listed.

If WESTLAKE FINANCIAL continues to violate my rights as a consumer I will be required to take LEGAL ACTION!

Sincerely,
Carlena Marion

Monday August 9, 2021

Carlena Marion
2653 Bruce B Downs Blvd. #108 -130
Wesley Chapel, FL 33544

Paul Kerwin
CFO – WESTLAKE FINANCIAL SERVICES
P.O. Box 76809
Los Angeles, CA 90076-0809

Regarding Account: 10693558

Affidavit of Truth

Notice to all, I am that I am, a citizen of heaven, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course of any and all derivatives thereof for the surname/given name, MARION, CARLENA, and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will d/b/a CARLENA, MARION and autograph as the agent, attorney in fact, so be it;

Whereas, I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

1. Fact, the IV Amendment is intended to ensure that the right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizers, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized, and my fourth amendment right has been violated so be it, and;

2. Fact, the Fair Debt Collection Practices Act is intended to secure my right to privacy and my privacy has been breached so be it, and;

3. Fact, Truth and Lending is intended to help the consumer avoid the uniformed use of credit and to protect the consumer against inaccurate and unfair credit billing and credit card practices and I, the consumer, did not receive meaningful disclosure so be it, and;

4. Fact, I am sure the removal of my information from credit reporting agencies will ensure my privacy rights won't be violated again and this herein unrebutted Affidavit of truth being served to you today and therefore, standing as truth in commerce, so be it, and;

5. Fact, affiant is aware and has proof in the attachments labeled as Exhibit A that all bills and coupons are the obligation of the United States pursuant to 18 USC 8.

6. Fact, affiant is aware and has proof in the attachment labeled as Exhibit A that Westlake Financial Services is in violation of 15 USC 1692b(2)

7.  Fact, affiant is aware and has proof in the attachment labeled as Exhibit A that Westlake Financial Services is in violation of 15 USC 1692b(5).

8.  Fact, affiant is aware and has proof in the attachment labeled as Exhibit A that Westlake Financial Services is in violation of 15 USC 1692d(2).

9.  Fact, affiant is aware and has proof in the attachment labeled as Exhibit A that Westlake Financial Services is in violation of 15 USC 1692e(2)(A).

10. Fact, affiant is aware and has proof in the attachment labeled as Exhibit A that Westlake Financial Services is in violation of 15 USC 1692f(1).

11. Fact, Affiant is aware and has proof in the attachment labeled as Exhibit A that affiant has a positive account balance which indicates the affiant has funds available to her, pursuant to 15 USC 1666d.

Thank you,

"Under the penalties of perjury, I declare that I have read the foregoing (Declaration) and that the facts stated in it are true."

Monday August 9, 2021

I do not accept this offer to contract.

I do not consent to these proceedings.

**STATE OF** _Florida_

**COUNTY OF** _Pasco_

Dated this _9_ day of _August_, 2021

Without Prejudice

By: _____

Carlena Marion, Consumer/ A.R. for CARLENA MARION

I HEREBY CERTIFY that on this day before me, an officer duly qualified to take acknowledgments,
personally appeared _Carlena Marion_, Consumer, who is personally known to me
or who has produced _FL DL_ as identification and who executed the foregoing instrument and
he/she acknowledged before me that he/she executed the same.
WITNESS my hand and official seal in the County and State aforesaid this _9_ day of
_August_ 2021.

_____
Notary Public
        Printed Name: _____ My Commission Expires:

_____

LUZ ALVAREZ
Notary Public – State of Florida
Commission # GG 185853
My Comm. Expires Apr 17, 2022
Bonded through National Notary Assn.